IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AERITAS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-969 (SLR) |
| | ) |
| DELTA AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that POTTER ANDERSON & CORROON LLP withdraws its appearance, and MORRIS, NICHOLS, ARSHT & TUNNELL LLP enters its appearance, as counsel for defendant Delta Airlines, Inc.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Jack B. Blumenfeld* |
| Richard L. Horwitz (#2246) | Jack B. Blumenfeld (#1014) |
| David E. Moore (#3983) | 1201 North Market Street |
| 1313 North Market Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 65-9200 |
| rhorwitz@potteranderson.com | jblumenfeld@mnat.com |
| dmoore@potteranderson.com | |