IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AERITAS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-969 (SLR) |
| | ) |
| DELTA AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Defendant Delta Airlines, Inc.'s Disclosures Pursuant To Rule 4.B Of The Default Standard For Discovery were caused to be served on February 23, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                   *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Marc A. Fenster, Esquire                                   *VIA ELECTRONIC MAIL*
Andrew D. Weiss, Esquire
Branden D. Frankel, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA  90025-41031

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Paul Saindon*
                                                _____
                                                Jack B. Blumenfeld (#1014)
                                                Paul Saindon (#5110)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899
                                                (302) 65-9200
                                                jblumenfeld@mnat.com
OF COUNSEL:                              psaindon@mnat.com

Stephen E. Baskin                        *Attorneys for Defendant Delta Airlines, Inc.*
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street NW
Suite 900
Washington, DC  20005-2018
(202) 508-5800

February 23, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 23, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Andrew D. Weiss, Esquire<br>Branden D. Frankel, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA 90025-41031 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*

Paul Saindon (#5110)