IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AERITAS, LLC, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|     v. | ) C.A. No. 11-969 (SLR) |
| | ) |
| DELTA AIRLINES, INC., | ) |
| | ) |
|        Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant Delta Air Lines, Inc.'s Objections and Responses to Plaintiff Aeritas' First Set of Interrogatories to Delta* and (2) *Defendant Delta Air Lines, Inc.'s Objections and Responses to Plaintiff Aeritas' First Set of Requests for Documents and Things* were caused to be served on February 28, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                             *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Marc A. Fenster, Esquire                                                                              *VIA ELECTRONIC MAIL*
Andrew D. Weiss, Esquire
Branden D. Frankel, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025-41031

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                          */s/ Paul Saindon*

                                                          _____

                                                          Jack B. Blumenfeld (#1014)
                                                          Paul Saindon (#5110)
                                                          1201 North Market Street
                                                          P.O. Box 1347
                                                          Wilmington, DE  19899
                                                          (302) 65-9200
                                                          jblumenfeld@mnat.com
                                                          psaindon@mnat.com

OF COUNSEL:                                       *Attorneys for Defendant Delta Airlines, Inc.*

Stephen E. Baskin
Shayne E. O'Reilly
Patrick M. Lafferty
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street NW
Suite 900
Washington, DC  20005-2018
(202) 508-5800

February 28, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 28, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Andrew D. Weiss, Esquire<br>Branden D. Frankel, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA  90025-41031 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*

Paul Saindon (#5110)