IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AERITAS, LLC,<br><br>       Plaintiff,<br><br>     v.<br><br>DELTA AIRLINES, INC.,<br><br>       Defendant. | C.A. No. 11-969-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 5, 2012, copies of (1) **PLAINTIFF AERITAS, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANT DELTA AIRLINES, INC.'S FIRST SET OF INTERROGATORIES TO AERITAS, LLC**; (2) **PLAINTIFF AERITAS, LLC'S OBJECTIONS AND RESPONSES TO DELTA AIRLINES, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**; and (3) this **NOTICE OF SERVICE** were served by email on the following:

**BY EMAIL AND BY HAND**
Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY EMAIL AND U.S. MAIL**

| | |
|---|---|
| Lawrence B. Goodwin<br>Monica Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Jeffrey J. Toney<br>Jonathan K. Waldrop<br>Jonathan D. Olinger<br>Kasowitz, Benson, Torres & Friedman LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA 30309 |

|  |  |
|---|---|
| Dated: March 5, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ *Vanessa R. Tiradentes* |
|  | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Andrew D. Weiss | Vanessa R. Tiradentes (vt5938) |
| Branden D. Frankel | 222 Delaware Avenue, Suite 900 |
| RUSS, AUGUST & KABAT | Wilmington, DE  19801 |
| 12424 Wilshire Boulevard, 12th Floor | (302) 655-5000 |
| Los Angeles, CA  90025-1031 | rkirk@bayardlaw.com |
| (310) 826-7474 | sbrauerman@bayardlaw.com |
| mfenster@raklaw.com | vtiradentes@bayardlaw.com |
| aweiss@raklaw.com |  |
| bfrankel@raklaw.com | *Attorneys for Plaintiff Aeritas, LLC* |