# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AERITAS, LLC, <br><br>    Plaintiff, <br>          v. <br><br> ALASKA AIR GROUP, INC., <br><br>    Defendant. | C.A. No. 11-967-SLR |
| AERITAS, LLC, <br><br>    Plaintiff, <br>          v. <br><br> DELTA AIRLINES, INC., <br><br>    Defendant. | C.A. No. 11-969-SLR |
| AERITAS, LLC, <br><br>    Plaintiff, <br>          v. <br><br> US AIRWAYS, INC., <br><br>    Defendant. | C.A. No. 11-1267-SLR |

## [PROPOSED] COORDINATED SCHEDULING ORDER

At Wilmington this _____ day of March, 2012, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b);

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange by [Aeritas: **March 23, 2012**] [Defendants: **April 9, 2012**] the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) The issues of willfulness and damages shall be bifurcated for purposes of discovery and trial, unless good cause is shown otherwise.

(b) Discovery will be needed on the following subjects: patent infringement/non-infringement; patent validity/invalidity; claim construction; and counterclaims and affirmative defenses related to infringement or validity of the asserted by the parties.

(c) All fact discovery shall be commenced in time to be completed by **January 25, 2013**.

(1) [Aeritas: Maximum of 25 interrogatories by each party to any other party.] [Defendants: Plaintiff is allowed to serve fifteen (15) common interrogatories on the Defendants and fifteen (15) individual interrogatories on each Defendant. All Defendants, collectively, are allowed to serve fifteen (15) common interrogatories on Plaintiff. Each Defendant is allowed to serve fifteen (15) individual interrogatories on Plaintiff.]

(2) Discovery shall be governed by the *Default Standard for Discovery*, which is incorporated herein by reference. The adequacy of all interrogatory answers shall be judged by the level of detail each party provides; i.e., the more detail a party provides, the more detail a party shall receive.

(3) Maximum of 50 requests for admission by each party to any other party, excluding requests for admission related to the authentication of documents.

(4) Discovery of paper and electronic documents (hereafter, "e-discovery") shall be completed on or before **October 15, 2012**. On or before **August 17, 2012**, each party may request e-discovery of additional custodians or for additional years, for good cause shown. No deposition (other than those noticed under Fed. R. Civ. P. 30(b)(6)) shall be scheduled prior to the completion of e-discovery.

(5) Maximum of [Aeritas: 100 hours] [Defendants: 70 hours] for fact depositions by each side. Each non-30(b)(6) fact deposition is limited to a maximum of 7 hours unless extended by agreement of parties or order of the Court. [Defendants: Depositions of inventors shall not be limited to 7 hours.]

(d) Expert discovery shall be commenced in time to be completed by [Aeritas: **April 26, 2013**] [Defendants: **June 14, 2013**].

(1) Expert reports on issues for which the parties have the burden of proof due [Aeritas: **February 15, 2013**] [Defendants: **February 28, 2013**]. Rebuttal expert reports due [Aeritas: **March 15, 2013**] [Defendants: **April 11, 2013**]. Supplement reports (for, e.g., on secondary considerations of obviousness) due [Aeritas: **March 29, 2013**] [Defendants: **May 2, 2013**.]

(2) Expert depositions

[Aeritas: to be limited to a maximum of **7** hours per expert, unless an expert serves more than one report, in which case that expert's deposition may last up to **10.5** hours, unless extended by agreement of the parties or upon order of the court upon good cause shown.]

[Defendants: to be limited to a maximum of 14 hours unless extended by agreement of the parties.]

(3) All *Daubert* motions shall be filed on or before [Aeritas: **May 10, 2013**] [Defendants: **July 12, 2013**].

(e) Supplementations under Rule 26(e) due [Aeritas: **April 5, 2013**] [Defendants: **May 10, 2013**].

(f) **Discovery Disputes**. Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge[1] to regulate all proceedings and take all measures necessary to manage discovery, conduct hearings on discovery disputes and rule on same. Counsel are advised that, notwithstanding the fact that the issues of willfulness and damages have been bifurcated, the Magistrate Judge may require the parties to exchange discovery on any subject, including damages and willful infringement, in aid of settlement and/or discovery on the issues related to secondary considerations of obviousness.

(g) **Fact Witnesses to be Called at Trial**. Within one (1) month following the close of expert discovery, each party shall serve on the other parties a list of each fact witness (including any expert witness who is also expected to give fact testimony), who has previously been disclosed during discovery and that it intends to call at trial. Within one (1) month of receipt of such fact witness list, each party shall serve a list of each

---

[1] The Court may also refer discovery disputes to a Special Master.

rebuttal fact witness that it intends to call at trial. The parties shall have the right to depose any such fact witnesses who have not previously been deposed in this case. Such deposition shall be held within one (1) month after service of the list of rebuttal fact witnesses and shall be limited to twenty (20) hours per side in the aggregate unless extended by agreement of the parties or upon order of the court upon good cause shown.

3. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **November 1, 2012**.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge[2] for the purposes of exploring ADR.

5. **Claim Construction Issue Identification.** If the court does not find that an earlier claim construction would be helpful in resolving the case, the parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms by [Aeritas: **January 11, 2013**] [Defendants: **February 1, 2013**]. This document will not be filed with the court. Subsequent to exchanging such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 6 below.

6. **Claim Construction.** Lawyers must identify, during the claim construction phase of the case, any claim language that will have a meaning to a person of ordinary skill in the art that differs from the ordinary meaning. Any language not so identified will be construed according to its ordinary dictionary meaning. The parties shall agree upon and file the Joint Claim Construction Statement on [Aeritas: **April 19, 2013**] [Defendants: **May 31, 2013**], with the claim chart separately docketed. Plaintiff shall serve and file its opening brief on claim construction on or before [Aeritas: **May 3, 2013**] [Defendants: **June 14, 2013**]. Defendant shall serve and file its answering claim construction brief on or before [Aeritas: **May 31, 2013**] [Defendants: **July 12, 2013**]. Plaintiff shall serve and file its reply brief on or before **[Aeritas: June 14, 2013] [Defendants: August 2, 2013]**. Defendant shall serve and file its surreply brief on or before [Aeritas: **June 28, 2013**] [Defendants: **August 16, 2013**].

---

[2] The Court may also refer ADR to a special master.

7. **Summary Judgment Motions**

(a) All summary judgment motions shall be served and filed on or before [Aeritas: **June 21, 2013**] [Defendants: **August 10, 2013**]. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

(b) Opening briefs on infringement and invalidity shall be served and filed on or before [Aeritas: **June 21, 2013**] [Defendants: **September 20, 2013**].

(c) Opening briefs or combined opening-answering briefs on noninfringement and validity shall be served and filed on or before [Aeritas: **July 12, 2013**] [Defendants: **October 18, 2013**].

(d) Where cross-motions are not presented, answering shall be due within 21 days of filing of the opening brief and and reply briefs shall be due within 10 days of filing of he answering brief..

(e) Where cross-motions are presented, a surreply brief will be permitted, to be filed 7 days from the filing of the reply brief.

(f) The hearing on the claim construction and motion(s) for summary judgment will be heard on [Aeritas: **August __, 2013 at __:__ _.m.**] [Defendants: **November ____, 2013 at __:__ _.m.**]. At the hearing on claim construction and summary judgment, the parties shall discuss with the Court their proposals for presentation of these matters for trial, including consolidation for trial.

8. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. **The court will not consider applications and requests submitted by letter or in a form other than a motion**, absent express approval by the court.

(a) Any non-dispositive motion should contain the statement required by D. Del. LR 7.1.1.

(b) No telephone calls shall be made to chambers.

(c) Any party with an **emergency** matter requiring the assistance of the court shall e-mail chambers utilizing the "Email Request for Emergency Relief" and "Opposing Counsel's Response" forms posted on Judge Robinson's website and email the completed forms to slr_civil@ded.uscourts.gov. The email shall provide a short statement describing the emergency. NO ATTACHMENTS shall be submitted in connection with said emails.

9. **Motions in Limine. No** motions in limine shall be filed; instead the parties shall be prepared to address their evidentiary issues at the pretrial conference and during trial (before and after the trial day).

10. **Pretrial Conference.** A pretrial conference will be held on [Aeritas: **December __, 2013 at __:__ _.m.**] [Defendants: **February ____, 2014 at __:___ _.m.**] in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference. If not resolved prior to this conference, the parties will discuss the appropriate grouping of defendants, if any, for trial and the order in which the separate trials should proceed.

11. **Trial.** This matter is scheduled for a [Aeritas: a five-day jury trial commencing on **January _, 2014** as to the non-Alaska defendants and **February __, 2014** as to Alaska] [Defendants: ten-day jury trial or trials commencing on **March ____, 2014**, subject to the Court's direction as to consolidation resulting from the discussion referred to in paragraph 7(f) herein] in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

 

 

_____
United States District Judge