

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4208
Email: rkirk@bayardlaw.com

March 7, 2012

Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

RE: *Aeritas LLC v. Alaska Air Group, Inc.,* C.A. No. 11-967-SLR
*Aeritas LLC v. Continental Airlines Inc.,* C.A. No. 11-968-SLR
*Aeritas LLC v. Delta Airlines, Inc.,* C.A. No. 11-969-SLR
*Aeritas LLC v. United Airlines, Inc.,* C.A. No. 11-970-SLR
*Aeritas LLC v. US Airways, Inc.,* C.A. No. 11-1267-SLR

Dear Judge Robinson:

In preparation for tomorrow's coordinated scheduling conference, the parties in the five captioned *Aeritas* matters have met and conferred regarding scheduling.

The coordinated schedule filed contemporaneously with this letter reflects the competing proposals of Aeritas, Delta (11-969), US Airways (11-1267) and Alaska Air (11-967) for a coordinated schedule in those matters.

It is the preference of plaintiff Aeritas to proceed in the United and Continental cases pursuant to the coordinated schedule submitted on January 11, 2012 in those matters (D.I. 15 in each of those cases).

I understand it to be United's and Continental's position that, if the Court desires to conduct a coordinated claim construction hearing for all five captioned *Aeritas* matters, the Court should adjust the dates in the previously agreed schedule to render them consistent with the corresponding dates adopted for the Delta, US Airways and Alaska cases.

We recognize the potential ambiguity of this submission and hope to bring clarity to the process on the call tomorrow.

Respectfully submitted,

*/s/ Richard D. Kirk*

Richard D. Kirk

cc:  all counsel

www.bayardlaw.com                    Phone: (302) 655-5000                    Fax: (302) 658-6395

