**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AERITAS, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>DELTA AIRLINES, INC.,<br><br>   Defendant. | C.A. No. 11-969-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 26, 2012, copies of (1) **AERITAS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**; and (2) this **NOTICE OF SERVICE** were served by email on the following:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY EMAIL AND U.S. MAIL**

Stephen E. Baskin, Esquire
Patrick M. Lafferty, Esquire
Shayne E. O'Reilly, Esquire
Kilpatrick Townsend & Stockton
607 14th Street NW, Suite 900
Washington, DC 20005-2018

| | |
|---|---|
| Dated: March 26, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Andrew D. Weiss | Vanessa R. Tiradentes (vt5938) |
| Branden D. Frankel | 222 Delaware Avenue, Suite 900 |
| RUSS, AUGUST & KABAT | Wilmington, DE  19801 |
| 12424 Wilshire Boulevard, 12th Floor | (302) 655-5000 |
| Los Angeles, CA  90025-1031 | rkirk@bayardlaw.com |
| (310) 826-7474 | sbrauerman@bayardlaw.com |
| mfenster@raklaw.com | vtiradentes@bayardlaw.com |
| aweiss@raklaw.com | |
| bfrankel@raklaw.com | *Attorneys for Plaintiff Aeritas, LLC* |