**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AERITAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC.,<br><br>    Defendant. | C.A. No. 11-969-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on April 9, 2012, copies of (1) **PLAINTIFF AERITAS, LLC'S INITIAL DISCLOSURE PURSUANT TO PARAGRAPH 3 OF THE DEFAULT STANDARD FOR DISCOVERY, INCLUDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION ("ESI")**; and (2) this **NOTICE OF SERVICE** were served by email on the following:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

**BY EMAIL AND U.S. MAIL**

Stephen E. Baskin, Esquire
Patrick M. Lafferty, Esquire
Shayne E. O'Reilly, Esquire
Kilpatrick Townsend & Stockton
607 14th Street NW, Suite 900
Washington, DC 20005-2018

| | |
|---|---|
| Dated: April 9, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (rk0922) |
| Marc A. Fenster<br>Andrew D. Weiss<br>Branden D. Frankel<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>(310) 826-7474<br>mfenster@raklaw.com<br>aweiss@raklaw.com<br>bfrankel@raklaw.com | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5938)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Aeritas, LLC* |