IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AERITAS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-969 (SLR) |
| | ) |
| DELTA AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Delta Airlines, Inc.'s Initial Invalidity Contents and Production of Documents Pursuant to Paragraph 4.D* were caused to be served on April 25, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                             *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Marc A. Fenster, Esquire                                             *VIA ELECTRONIC MAIL*
Andrew D. Weiss, Esquire
Branden D. Frankel, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025-41031

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Paul Saindon* |
|  | Jack B. Blumenfeld (#1014) |
|  | Paul Saindon (#5110) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 65-9200 |
|  | jblumenfeld@mnat.com |
|  | psaindon@mnat.com |
| OF COUNSEL: | *Attorneys for Defendant Delta Airlines, Inc.* |

Stephen E. Baskin
Shayne E. O'Reilly
Patrick M. Lafferty
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street NW
Suite 900
Washington, DC  20005-2018
(202) 508-5800

April 25, 2012
5296894.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 25, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Andrew D. Weiss, Esquire<br>Branden D. Frankel, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA  90025-41031 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*

Paul Saindon (#5110)